IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JASON BRADLEY SIMS,

     Appellant,

v.

WELLS FARGO BANK, N.A.,
ET AL.,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-4898

Opinion filed January 19, 2017.

An appeal from an order of the Circuit Court for Bay County.
James B. Fensom, Judge.

Jason Bradley Sims, pro se, Appellant.

William David Newman, Jr. of Choice Legal Group, P.A., Fort Lauderdale, for
Appellee.

PER CURIAM.

     DISMISSED.

WETHERELL, MAKAR, and KELSEY, JJ., CONCUR.